Richard M. Allen, Esq.
P.O. Box 108
North Egremont, MA 01252
(413) 528-2108; fax (413) 528-9510
Attorney for Dr. Samuel E. Christen

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | | |
|---|---|---|
| In re Bayou Group, LLC, et al. | ) | |
| | ) | Chapter 11 |
| | ) | Case No. 06-22306(ASH) |
| Dr. Samuel E. Christen, Appellant | ) | Jointly Administered |
| v. | ) | |
| Bayou Group, LLC., et al., Appellees | ) | |

NOTICE OF APPEAL

Dr. Samuel E. Christen, through his attorney, appeals under 28 U.S.C. Section 158(a)(1) to the District Court from the "Order Authorizing and Approving Settlement Agreement Between the Debtors and the Tom and Nancy Juda Living Trust" signed by Judge Hardin on June 4, 2007.

The names of the appellant and appellees are set forth above. The name and contact information for Appellant's counsel are set forth above. Appellees' counsel is H. Jeffrey Schwartz of Dechert LLP, 30 Rockefeller Plaza, New York, NY 10112, telephone (212) 698-3500. Also entitled to be heard on the appeal are the various adversary proceeding defendants represented by the counsel listed at the end hereof, and the Official Unsecured Creditors' Committee, counsel for which is Joseph A. Gershman of Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, NY 10019, telephone (212) 506-1700.

Dated: June 14, 2007

_____
Richard M. Allen, Esq.
Attorney for Dr. Samuel E. Christen
P.O. Box 108
North Egremont, MA 01252
(413) 528-2108
(413) 528-9510 (fax)

Counsel For Adversary Proceeding Defendants

Philip Bentley, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036, 212-715-9100

Carole Neville, Sonnenschein Nath & Rosenthal LLP, 1221 Avenue of the Americas, New York, NY 10020, 212-768-6700

Bonnie Steingart, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, NY 10004-1980, 212-859-8000

Michael L. Cook, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022, 212-756-2000

Richard B. Feldman, Rosenberg Feldman Smith LLP, 551 Fifth Avenue, 24th Floor, New York, NY 10176, 212-682-3454

Joseph W. Allen, Jaeckle Fleischmann & Mugel LLP, 12 Fountain Plaza, Buffalo, NY 14202-2292, 716-856-0600

P. Gregory Schwed, Loeb & Loeb LLP, 345 Park Avenue, New York, NY 10154, 212-407-4000

Charles R. Jacob, III, Miller & Wrubel, P.C., 250 Park Avenue, New York, NY 10177, 212-336-3500

Charles Gilman, Cahill, Gordon & Reindel LLP, 80 Pine Street, New York, NY 10005, 212-701-3000

Michael O. Connolly, Bressler, Amery & Ross, P.C., 325 Columbia Turnpike, Florham Park, NJ 07932, 973-514-1200

Shea S. Wellford, Martin, Tate, Morrow & Marston, P.C., 5410 Poplar Avenue, Memphis, TN 38119, 901-522-9000

Steven Shiffman, Katten, Muchin, Rosenmann LLP, 575 Madison Avenue, New York, NY 10022, 212-940-8800