UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. SAMUEL E. CHRISTEN,<br>Appellant,<br><br>-against-<br><br>BAYOU GROUP, LLC, et al,<br>Appellees | AGREEMENT TO DISMISS APPEAL<br><br>07-cv-06409 (WCC) |

Dr. Samuel E. Christen, through his attorney, Richard M. Allen, and Bayou Group, LLC, et al., through their attorneys, Dechert LLP, agree that the foregoing appeal be dismissed without assessment of costs to either party.

Dated: July 18, 2007

*Richard M. Allen*
Richard M. Allen, Esq. (RA-8482)
P.O. Box 108
North Egremont, MA 01252
(413) 528-2108

DECHERT LLP

By *[signature]*
H. Jeffrey Schwartz (HJS-4105)
Gary J. Mennitt (GM-1141)
Elise Scherr Frejka (ESF-6896)
Jonathon D. Perry (JP-0863)
30 Rockefeller Plaza
New York, NY 10112
(212) 698-3500