*Conner, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

| DR. SAMUEL E. CHRISTEN, Appellant, -against- BAYOU GROUP, LLC, et al, Appellees | AGREEMENT TO DISMISS APPEAL & ORDER  07-cv-06409 (WCC)  ECF CASE |
|---|---|

Case 7:07-cv-06409-WCC   Document 3   Filed 07/19/2007   Page 1 of 1

Dr. Samuel E. Christen, through his attorney, Richard M. Allen, and Bayou Group, LLC, et al., through their attorneys, Dechert LLP, agree that the foregoing appeal be dismissed without assessment of costs to either party.

Dated: July 18, 2007

/s/ Richard M. Allen
Richard M. Allen, Esq. (RA-8482)
P.O. Box 108
North Egremont, MA 01252
(413) 528-2108

DECHERT LLP

By /s/
H. Jeffrey Schwartz (HJS-4105)
Gary J. Mennitt (GM-1141)
Elise Scherr Frejka (ESF-6896)
Jonathon D. Perry (JP-0863)
30 Rockefeller Plaza
New York, NY 10112
(212) 698-3500

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: _____]

SO ORDERED.

/s/ William C. Conner
Sr. U.S.D.J.
dated: White Plains, NY
July 23, 2007

COPIES E-MAILED TO COUNSEL OF RECORD